UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CRUZ VELASQUEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY; AMERICA'S SERVICING COMPANY; NDEx WEST, LLC; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. EDCV 09-00370 VAP (PJWx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE as to Defendants Deutsche Bank National Trust Company and America's Servicing Company. The Court orders that such judgment be entered.

Dated: March 24, 2009

                                       VIRGINIA A. PHILLIPS
                                  United States District Judge