**PRIORITY SEND**
**ENTER JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CRUZ VELASQUEZ, | Case No. EDCV 09-00370 VAP (PJWx) |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL** |
| DEUTSCHE BANK NATIONAL TRUST COMPANY; AMERICA'S SERVICING COMPANY; NDEx WEST, LLC; and DOES 1 through 50, inclusive, | |
| Defendants. | |

THE COURT having ordered the Plaintiff to show cause in writing, not later than October 13, 2009, why this action should not be dismissed for lack of prosecution and Plaintiff having failed to respond,

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41.

Dated: October 29, 2009

_Virginia A. Phillips_
VIRGINIA A. PHILLIPS
United States District Judge

s:\vap\crd's forms\3-ord-dism-re osc.frm